ANGUS McINTOSH, ADMINISTRATOR OF THE ESTATE OF
RICHARD DONOVAN, DECEASED
v.
JEAN BAPTISTE JEROME

1806

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . *Journal, infra,* \*p. 19

PAPERS IN FILE

1. Warrant of attorney . . . . . . . . . *Printed in Vol. 2*
2. Bond for $1001.50 . . . . . . . . . .
3. Declaration . . . . . . . . . . " "
4. Fieri facias and return . . . . . . . . " "